

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00199-CV

IN THE MATTER OF THE MARRIAGE OF HENRY T. ALVARADO
AND ELIZABETH ANN NAVA ALVARADO

On Appeal from the County Court at Law No. 3
Williamson County, Texas
Trial Court No. 18-3459-FC3, Honorable Doug Arnold, Presiding

October 19, 2022

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Henry T. Alvarado, appeals from the trial court's *Final Decree of Divorce*.[1]  Appellant's brief was due September 19, 2022, but was not filed.  By letter of September 28, 2022, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by October 10.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalizations efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam